631 A.2d 596

Anthony CORRADO

v.

Matthew A. ARENA.

Appeals of Anthony CORRADO, Richard
Grandy and Catherine Kurtiak.

Supreme Court of Pennsylvania.

Argued Sept. 20, 1993.

Decided Oct. 15, 1993.

ORDER

PER CURIAM:

Orders affirmed.

ZAPPALA, J., did not participate in the consideration or decision of this case.